■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY STATES, Appellant. [5 NYS3d 921]—Appeal from a judgment of the County Court of Schuyler County (Morris, J.), rendered January 30, 2014, convicting defendant upon his plea of guilty of the crime of grand larceny in the third degree.

Judgment affirmed. No opinion.

Peters, P.J., Egan Jr., Lynch and Clark, JJ., concur. Ordered that the judgment is affirmed.